LISA COX, TRIAL ATTORNEY
Lisa.Cox@eeoc.gov
A. LUIS LUCERO, JR., REGIONAL ATTORNEY
JOHN F. STANLEY, ACTING SUPERVISORY TRIAL ATTORNEY
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVENUE, SUITE 400
SEATTLE, WA 98104
Tel: (206) 220-6890
Fax: (206) 220-6911

ATTORNEYS FOR PLAINTIFF

UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | Case No. CV-03-065-S-BLW |
| Plaintiff, | **CONSENT DECREE AND ORDER DISMISSING ACTION** |
| and | |
| SANDRA ROBISON, | |
| Plaintiff Intervenor, | |
| vs. | |
| AMERIPRIDE SERVICES, INC., | |
| Defendant. | |

I. INTRODUCTION

1. This action originated when Sandra Robison filed a charge with the Equal Employment Opportunity Commission ("EEOC" or "Commission") on or about May 6, 2002. Robison alleged that AmeriPride Services, Inc., Twin Falls branch ("AmeriPride") discriminated against her based upon her sex in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C.§ 2000e, et seq. ("Title VII") when she was denied employment as a Customer Service Representative/Route Sales Driver.

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle District Office
Federal Office Building
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone (206) 220-6883
Fax (206) 220-6911
TDD (206) 220-6882

2. On October 22, 2002, the EEOC issued a letter of determination with a finding of reasonable cause that AmeriPride violated Title VII when Robison and similarly situated female applicants were not hired for the Customer Service Representative/Route Sales Driver position. Thereafter, the EEOC attempted to conciliate the charge, but was unsuccessful.

3. The Commission filed its Complaint on February 21, 2003, in the United States District Court for the District of Idaho in Boise, Idaho. The complaint alleges that AmeriPride violated Title VII by failing to hire Robison and similarly situated female applicants because of their sex. The EEOC identified two similarly situated female applicants, one of whom withdrew her claim prior to this resolution.

4. Defendant denied the allegations of discrimination in the EEOC's amended complaint and asserted several affirmative defenses.

5. The Court then granted Robison leave to intervene by Order dated July 2, 2003.

6. The parties want to conclude fully and finally all claims arising out of EEOC's complaint, the charge of discrimination filed with EEOC by Sandra Robison, and the complaint the EEOC filed pursuant to Title VII. The EEOC and AmeriPride enter into this Consent Decree to further the objectives of equal employment as set forth in Title VII and Idaho state law.

## II. NONADMISSION OF LIABILITY AND NONDETERMINATION BY THE COURT

7. This Consent Decree is not an adjudication or finding on the merits of this case and shall not be construed as an admission by Defendant of a violation of Title VII or Idaho state law.

## III. JURISDICTION AND VENUE

8. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized pursuant to Sections 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e-5(f)(1) and (3), and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a. The employment practices alleged to be unlawful in the complaint filed herein occurred within the jurisdiction of the United States District Court for the District Idaho.

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle District Office
Federal Office Building
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone (206) 220-6883
Fax (206) 220-6911
TDD (206) 220-6882

## IV. SETTLEMENT SCOPE

9. This Consent Decree is the final and complete resolution of all allegations of unlawful employment practices contained in Robison's discrimination charge, in the EEOC's administrative determinations, and in the complaint filed herein, including all claims by the parties for attorney fees and costs. The scope of this Consent Decree will be limited to AmeriPride's facilities in Twin Falls, Idaho.

## V. MONETARY RELIEF

10. In settlement of this lawsuit, AmeriPride agrees to pay Sandra Robison $82,500 and Brenda Foster $27,500 within fifteen (15) business days of the date this Consent Decree is entered by the Court. Robison's settlement proceeds will be handled between AmeriPride and Cynthia Wooley, Robison's legal counsel, whose law offices are located at 180 West First Street, Suite 107, P.O. Box 6999 Ketchum, ID. 83340. AmeriPride shall mail Foster's settlement check directly to her at an address to be provided by the EEOC. Robison and Foster have executed separate release agreements to which the EEOC is not a party, in return for the payment of settlement funds. The agreements specify that the funds are subject to applicable taxes.

## VI. AFFIRMATIVE AND OTHER RELIEF

A. General Provisions

11. AmeriPride, its officers, agents, and employees will refrain from engaging in practices which unlawfully discriminate against applicants and/or employees on the basis of sex. In recognition of its obligations under Title VII, AmeriPride will institute the policies and practices set forth below.

B. **Anti-Discrimination Policies and Procedures**

12. AmeriPride shall institute and carry out anti-discrimination policies, procedures and training for employees, supervisors and management personnel, to the extent not already established, and will provide equal employment opportunities for all employees. AmeriPride will evaluate and, where appropriate, modify the practices of its managers and supervisors in order to prevent discrimination in employment. AmeriPride will ensure that its managers and supervisors understand its Equal Employment Opportunity ("EEO") policies and how those policies define and identify what

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Seattle District Office**
Federal Office Building
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone (206) 220-6883
Fax (206) 220-6911
TDD (206) 220-6882

constitutes employment discrimination.

13. Within sixty (60) days of the date of the effective date of this Consent Decree, AmeriPride will: (a) review its EEO policy, and revise it as necessary, to ensure that it adequately prohibits discrimination against applicants and/or employees on the basis of sex and addresses AmeriPride's obligation to provide a discrimination-free work environment for its employees; and (b) distribute a written copy of its EEO policy to all present and future employees, both management and non-management. AmeriPride will provide EEOC with a written copy of its EEO policy as part of its first annual report as provided in paragraph 21 below.

C. Training

14. Within one hundred and twenty (120) days of the execution of this Consent Decree, and annually thereafter, AmeriPride will develop and present to all supervisory employees in its Twin Falls, Idaho facility three (3) hours of training on employment discrimination issues, including discrimination against applicants and/or employees based on sex. The EEOC will have an opportunity to review the training materials prior to the training date.

15. AmeriPride will notify the EEOC of the completion of the training and will specify the names and job titles of the employees who participated in and completed the training as part of its annual reporting to the EEOC.

D. Expungement of Records

16. AmeriPride will not disclose any information or make references to any charge of discrimination or this lawsuit in responding to requests for information about Sandra Robison or Brenda Foster.

17. AmeriPride will expunge from the files of Robison and Foster, and from any other records where the company keeps such information, with the exception of the legal files maintained by General Counsel and outside counsel, any references to a charge of discrimination against AmeriPride and this lawsuit. If Robison or Foster wishes to do so, AmeriPride will permit them to review any personnel file pertaining to them within thirty (30) days after the entry of this Consent Decree to ensure that all such references have been expunged. AmeriPride will not add any

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Seattle District Office**
Federal Office Building
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone (206) 220-6883
Fax (206) 220-6911
TDD (206) 220-6882

information or references to the personnel files of Robison or Foster or records regarding the charge of discrimination and this lawsuit after such references have been expunged.

E. Policies Designed to Promote Supervisor Accountability

18. AmeriPride agrees that it shall impose substantial discipline -- up to and including termination, suspension without pay or demotion -- upon any supervisor or manager who discriminates against any applicant and/or employee on the basis of sex. AmeriPride shall communicate this policy to all of its supervisors and managers.

19. AmeriPride agrees that it will revise its staff level management appraisal process to include performance evaluations for the handling of EEO issues as an element in staff level management appraisals, and to link such evaluations directly to staff level management salary/bonus structure.

20. AmeriPride agrees that it shall include "commitment to equal employment opportunity" as a criterion for qualification for supervisory positions.

G. Reporting

21. AmeriPride shall report in writing and in affidavit form to the EEOC on an annual basis the following information:

    a. Certification of the completion of three (3) hours of training and list of attendees;

    b. Certification that its EEO policy has been distributed to all current and newly hired employees;

    c. A list of any changes, modifications, revocations or revisions to its EEO policies and procedures which concern or affect the subject of discrimination or retaliation.

    d. A summary of discrimination complaints, if any, filed by employees working at AmeriPride which are reported to management and the resolution of each complaint; and

    e. A statement listing the other provisions of this Decree that defendant is required to perform and certifying that AmeriPride has complied with the terms of the Decree. If AmeriPride has not complied with any term of the Decree, the statement will specify the areas of noncompliance, the reason for the noncompliance, and the steps taken to bring the defendants into compliance.

H. Posting

22. AmeriPride will post a Notice, attached as Exhibit 1 to this Consent Decree. The Notice

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Seattle District Office**
Federal Office Building
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone (206) 220-6883
Fax (206) 220-6911
TDD (206) 220-6882

shall be posted on a centrally located bulletin boards at its Twin Falls facilities for the duration of the Consent Decree.

## VII. ENFORCEMENT

23. If the EEOC determines that AmeriPride has not complied with the terms of this Decree, the EEOC will provide written notification of the alleged breach to AmeriPride. The EEOC will not petition the court for enforcement of the decree for at least thirty (30) days after providing written notification of the alleged breach. The 30-day period following the written notice shall be used by the parties for good faith efforts to resolve the dispute.

## VIII. RETENTION OF JURISDICTION

24. The United States District Court for the District of Idaho shall retain jurisdiction over this matter for the duration of the decree.

## IX. DURATION AND TERMINATION

25. This Decree shall be in effect for three (3) years beginning the date this Court enters the Consent Decree. If the EEOC petitions the Court for breach of the Decree, and the Court finds AmeriPride to be in violation of the terms of the Decree, the Court may extend the duration of the Decree.

## X. CONCLUSION

26. The parties are not bound by any provision of this decree until it is signed by authorized representatives of each party and entered by the Court.

//
//
//
//
//
//
//

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle District Office
Federal Office Building
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone (206) 220-6883
Fax (206) 220-6911
TDD (206) 220-6882

1  Dated this 21st day of June, 2005.

2

3  A. LUIS LUCERO, JR.                    ERIC DREIBAND
   Regional Attorney                      General Counsel

4  JOHN F. STANLEY                        JAMES LEE
   Acting Supervisory Trial Attorney      Deputy General Counsel
5
   LISA COX                               GWENDOLYN Y. REAMS
6  Trial Attorney                         Associate General Counsel

7  EQUAL EMPLOYMENT                       EQUAL EMPLOYMENT
   OPPORTUNITY COMMISSION                 OPPORTUNITY COMMISSION
8
   Seattle District Office                Office of the General Counsel
9  909 First Avenue, Suite 400            1801 "L" Street, N.W.
   Seattle, Washington 98104              Washington, D.C. 20507
10 Telephone (206) 220-6890

11
   BY:      /s/ A. Luis Lucero, Jr.
12
   Attorneys for Plaintiff
13

14
   Patricia Olsson
15 Moffatt Thomas
   101 S. Capitol Blvd. 10th Floor
16 P.O. Box 829
   Boise ID 83701
17 (208) 345-2000

18 BY:    /s/ Patricia M. Olsson

19
   Attorneys for Defendant
20

21
   //
22
   //
23
   //
24
   //
25
   //
26
   //
27

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Seattle District Office**
Federal Office Building
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone (206) 220-6883
Fax (206) 220-6911
TDD (206) 220-6882

<table>
<tr><td>1</td><td></td></tr>
</table>

## ORDER APPROVING CONSENT DECREE

The Court, having considered the foregoing stipulated agreement of the parties, HEREBY ORDERS THAT the foregoing Consent Decree be, and the same hereby is, approved as the final decree of this Court in full settlement of this action. This lawsuit is hereby dismissed with prejudice and without costs or attorneys' fees to any party. The Court retains jurisdiction of this matter for purposes of enforcing the Consent Decree approved herein.



DATED: **June 27, 2005**

B. LYNN WINMILL
Chief Judge
United States District Court

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Seattle District Office**
Federal Office Building
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone (206) 220-6883
Fax (206) 220-6911
TDD (206) 220-6882

## NOTICE TO ALL EMPLOYEES

     This notice is being posted pursuant to an agreement between AmeriPride Services, Inc. ("AmeriPride") and the U.S. Equal Employment Opportunity Commission, entered as the result of a resolution of a lawsuit in federal district court.  There was no finding on the merits of the lawsuit and this notice should not be considered an admission by AmeriPride of a violation of any law.

     Title VII of the Civil Rights Act of 1964, as amended, the Age Discrimination in Employment Act of 1967, the Equal Pay Act of 1963, and the Americans with Disabilities Act of 1990 are enforced by the EEOC and require the following:

> That there be no discrimination against any employee or applicant for employment because of the employee's race, sex, color, religion, national origin, age (over age 40), or disability with respect to hiring, firing, compensation, or other terms, conditions or privileges of employment.

> It is an unlawful employment practice for an employer to retaliate against any employees or applicants for employment because they have opposed a practice or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under these statutes.

     AmeriPride has instituted a training program to train its supervisory employees regarding the requirements of the above statutes.

     AmeriPride has posted this notice because the company supports and will comply with these federal laws in all respects.

DATED _____

**Exhibit A**

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Seattle District Office**
Federal Office Building
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone (206) 220-6883
Fax (206) 220-6911
TDD (206) 220-6882